DMP:MJC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    C O M P L A I N T

     - against -                              (18 U.S.C. § 844(e))

DISHEEM LAQUAN RILEY,                       Case No. 24-MJ-83

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

     QASIM SHEROZ, being duly sworn, deposes and states that he is a Special

Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as

such.

     On or about between January 30, 2024, and January 31, 2024, within the Eastern

District of New York and elsewhere, the defendant DISHEEM LAQUAN RILEY used an

instrument of interstate commerce to willfully make a threat, or maliciously convey false

information knowing the same to be false, concerning an alleged attempt being made to

unlawfully damage or destroy a building by means of an explosive; to wit, interstate telephone

calls to various Federal Bureau of Investigation offices.

     (Title 18, United States Code, Section 844(e))

     The source of your deponent's information and the grounds for his belief are as

follows:[1]

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary
to establish probable cause to arrest, I have not described all the relevant facts and
circumstances of which I am aware.

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2022.   I am currently assigned to Joint Terrorism Task Force ("JTTF").   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2.     Beginning on January 30, 2024 through January 31, 2024, various FBI offices across the country received telephone calls from a person identifying himself as "Disheem Laquan" stating, in sum and substance, that a bomb was placed outside each respective FBI office.   In total, seventeen (17) FBI offices received bomb threat calls from "Disheem Laquan" (collectively, the "FBI Bomb Threat Calls").

3.     The FBI identified the telephone number of the device that was used to make those calls.   On January 31, 2024, location information for the device associated with this number indicated that the phone was located in Brooklyn, New York, and was subscribed to by "Riley Laquan."

4.     On January 31, 2024, law enforcement located the person using the mobile device that had been used to make the FBI Bomb Threat Calls.   The individual identified himself by his full name as DISHEEM LAQUAN RILEY and provided a partial telephone number that matched the telephone number used to make the aforementioned calls.

5.     FBI agents placed RILEY under arrest.   At the time of his arrest, RILEY had two phones on him, one of which was assigned the same call number that made the threats in the FBI Bomb Threat Calls.   Riley also had a card in his wallet from a Metro T-Mobile store with a customer pin number and a phone number on it that matched the number that had made the FBI Bomb Threat Calls.

6.      After being provided with <u>Miranda</u> warnings, which he waived, RILEY admitted, in sum and substance, that he had placed the FBI Bomb Threat Calls.   He further admitted that he knew the threats were false.

WHEREFORE, your deponent respectfully requests that the defendant DISHEEM LAQUAN RILEY be dealt with according to law.

_____
QASIM SHEROZ
Special Agent, Federal Bureau of Investigation

Sworn to before me
on February 1, 2024

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK